UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TAMMI GREEN,

                Plaintiff,

     -against-

ORANGE COUNTY, JOSHUA CONCA, GREG
PALMER, BRIAN SEDITA, ANGELO
NARCISE, MICHAEL LATTIMER,
NICHOLAS GESSNER, DANIEL MULLINS,
JOHN DOES #1-8, in their individual capacities,

                Defendants.
-------------------------------------------------------------X

**NOTICE OF MOTION
FOR STAY OF DISCOVERY**

Case No.: 25-cv-3278 (NSR)

     **PLEASE TAKE NOTICE** that upon the Declaration of Kellie E. Lagitch, the exhibits annexed thereto, and the supporting Memorandum of Law, dated August 27, 2025, and upon all the pleadings and proceedings heretofore had herein, the undersigned, attorney for Orange County, Joshua Conca, Greg Palmer, Brian Sedita, Angelo Narcise, Michael Lattimer, Nicholas Gessner and Daniel Mullins (collectively the "County Defendants"), will move this Court before the Honorable Nelson S. Román, at the United States Courthouse, Southern District of New York, 300 Quarropas Street, White Plains, New York, for an order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure staying discovery in this matter pending the outcome of the County Defendants' partial motion to dismiss served on July 30, 2025, and for such other and further relief as to this Court may deem just and proper.

     **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of the Hon. Nelson S. Román, opposition papers must be served on or before September 26, 2025.

Dated: August 27, 2025
       Goshen, New York

                                                            */s/ Kellie E. Lagitch*
                                             KELLIE E. LAGITCH
                                             Chief Assistant County Attorney
                                             RICHARD B. GOLDEN
                                             County Attorney for Orange County
                                             Attorney for the County Defendants
                                             255-275 Main Street
                                             Goshen, NY 10924
                                             (845) 291-3150
                                             Email: klagitch@orangecountygov.com

TO:    Lamya Agarwala, Esq.
         Burhan Carroll, Esq.
         COUNCIL ON AMERICAN ISLAMIC
         RELATIONS- NEW YORK
         80 Broad Street, 5th Floor
         New York New York 10009
         (646) 665-7599
         lagarwala@cair.com
         bcarroll@cair.com

         Alanna Kaufman, Esq.
         Alyssa Isidoridy, Esq.
         KAUFMAN LIEB LEBOWITZ & FRICK, LLP
         18 E. 48th Street, Suite 802
         New York, New York 10017
         (212) 660-2332
         akaufman@kllf-law.com
         aisidoridy@kllf-law.com